**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAQIB KHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Pennsylvania corporation; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:26-CV-01548-DJC-CSK<br><br>**ORDER REGARDING STIPULATION TO SUBMIT ALL CLAIMS TO BINDING ARBITRATION AND STAY ACTION**<br><br>Complaint Filed: March 16, 2026<br>Trial Date: TBD |

Having considered the Parties' Stipulation to Submit All Claims to Binding Arbitration and Stay Action ("Stipulation"), and finding good cause therefor, the Court hereby ORDERS:

1. Given the Parties' Stipulation to submit the claims asserted against Defendants in this action to binding arbitration pursuant to the Comcast Solutions alternative dispute resolution program, this action is hereby stayed pending the outcome of any arbitration Plaintiff may file in accordance with the Stipulation;
2. All pending court dates, if any, are hereby vacated; and
3. The parties shall file a joint status report advising the Court on the outcome of arbitration within fourteen (14) days after completion of proceedings.
4. The Clerk of Court is DIRECTED to administratively close this case.

**IT IS SO ORDERED.**

Dated: October 16, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE